UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN WEAVER,

                              Plaintiff,

            -against-

COMMISSIONER CYNTHIA BRANN, *et al.*,

                              Defendants.

20-CV-9424 (CM)

CIVIL JUDGMENT

　　　　Pursuant to the order issued January 6, 2021, dismissing the complaint,

　　　　IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to pay the $400.00 in filing fees or submit a completed request to proceed *in forma pauperis* and prisoner authorization. *See* 28 U.S.C. §§ 1914, 1915.

　　　　The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

　　　　IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:　　January 6, 2021
　　　　　New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge